| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ADAM N. BARASCH (State Bar No. 158220)<br>BERNARD J. KORNBERG (State Bar No. 252006)<br>TORIANA S. HOLMES (State Bar No. 282600)<br>MARK D. LONERGAN (State Bar No. 143622)<br>SEVERSON & WERSON, P.C.<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111<br>Telephone: (415) 677-5688<br>Fax: (415) 677-5664<br>E-mail: tsh@severson.com<br><br>☒ *Attorney for Movant(s)*<br>☐ *Movant(s) appearing without an attorney* | **FILED & ENTERED**<br><br>MAR 18 2014<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY gooch    DEPUTY CLERK |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br><br>Martin Anthony Holguin, Jr. and Sharon Lucille Holguin,<br><br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 6:14-bk-10645-WJ<br>CHAPTER: 7<br><br>**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (PERSONAL PROPERTY)**<br><br>DATE:       March 18, 2014<br>TIME:        9:30 AM<br>COURTROOM: 302<br>PLACE:      3420 Twelfth Street<br>                    Riverside, CA 92501 |

Movant:    WELLS FARGO BANK, N.A., d/b/a WELLS FARGO DEALER SERVICES AND WELLS FARGO AUTO FINANCE

1. The Motion was:    ☐ Opposed    ☒ Unopposed    ☐ Settled by stipulation

2. The Motion affects the following personal property (Property):

    ☒ Vehicle (*describe year, manufacturer, type and model*): 2009 BMW 328i

    Vehicle identification number: WBAPH77549NM28281
    Location of vehicle (*if known*): In Debtor's possession

    ☐ Equipment (*describe manufacturer, type, and characteristics*):
    Serial number(s):    _____
    Location (*if known*):    _____

---

30000.7373/3156601.1 This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2013*                                          Page 1                                          **F 4001-1.ORDER.PP**

☐ Other Property (*describe type, identifying information, and location*):

☐ See Exhibit _____ attached to this Order.

3. The Motion is granted under:    ☒ 11 U.S.C. § 362 (d)(1)    ☒ 11 U.S.C. § 362(d)(2)

4. As to the Movant, its successors, transferees and assigns, the stay of 11 U.S.C. § 362(a) is:
   a. ☒ Terminated as to Debtor and Debtor's bankruptcy estate.
   b. ☐ Annulled retroactively to the date of the bankruptcy petition filing.
   c. ☐ Modified or conditioned as set for the in Exhibit _____ to this Order.

5. ☒ Movant may enforce its remedies to repossess or otherwise obtain possession and dispose of the Property in accordance with applicable nonbankruptcy law, but may not pursue any deficiency claim against the Debtor or property of the estate except by filing a Proof of Claim pursuant to 11 U.S.C. § 501.

6. ☐ Movant must not repossess the Property before the following date (*specify*): _____

7. ☐ The stay remains in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this Order.

8. ☐ In chapter 13 cases, the trustee must not make any further payments on account of Movant's secured claim after entry of this Order. The secured portion of Movant's claim is deemed withdrawn upon entry of this Order without prejudice to Movant's right to file an amended unsecured claim for any deficiency. Absent a stipulation or order to the contrary, Movant must return to the trustee any payments received from the trustee on account of Movant's secured claim after entry of this Order.

9. This Order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code.

10. This court further orders as follows:
    a. ☒ The 14-day stay provided by FRBP 4001(a)(3) is waived.
    b. ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply (*attach Optional Form F 4001-1O.ER*).
    c. ☐ See attached continuation page for additional provisions.

### 

Date: March 18, 2014

_Wayne Johnson_
Wayne Johnson
United States Bankruptcy Judge

30000.7373/3156601.1 This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 2    **F 4001-1.ORDER.PP**